# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4859
_____

AMERICA'S CNG, LLC,

Appellant,

v.

CITY OF LAKE CITY,

Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Paul S. Bryan, Judge.

October 31, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and WETHERELL and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Cory S. Simmons, Benjamin A. Webster, and John R. Moore of Morgan & Morgan, P.A., Orlando, for Appellant.

Meagan L. Logan and Tyler J. Oldenburg of Marks Gray, P.A., Jacksonville, for Appellee.